U.S. Department of Justice
Washington, D.C.
2/10/2022/am

United States District Court
Southern District of Texas
FILED
MAR 09 2022
Nathan Ochsner, Clerk

Criminal Docket

M-22-0282-M

McALLEN Division    CR. No. M-22-0388

**INDICTMENT**    Filed: March 9, 2022    Judge: RICARDO H. HINOJOSA

County: Hidalgo
Lions #: 2022R00913

UNITED STATES OF AMERICA

Attorneys:
JENNIFER B. LOWERY, UNITED STATES ATTORNEY

v.

ERIC D. FLORES, ASST. U.S. ATTORNEY

AMY ARLETH LERMA          Cts. 1 & 2    Fabian Guerrero, Ret'd, (956) 627-4878
Custody: 2/9/2022
REYMUNDO REYNA            Cts. 1 & 2    Jose Pepe Garza, Ret'd, (956) 487-3739
Custody: 2/9/2022

Charge(s):
Ct. 1: Bulk cash smuggling into or out of the United States.
Title 31, United States Code, Sections 5332(a) and 5332(b)(1) and Title 18, United States Code, Section 2.
Ct. 2: Exporting and importing monetary instruments.
Title 31, United States Code, Sections 5316(a)(1)(A), 5316(b), and 5322(a).

Total Counts
(2)

Penalty:
Cts. 1&2: Imprisonment for not more than 5 years and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count)

Agency: Homeland Security Investigations - Alberto Rosa – MC02TR22MC0004

Proceedings

Date